U.S. District Judge Ronald B. Leighton
U.S. Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Tammy J. Coon<br><br>*Plaintiff*<br><br>*v.*<br><br>Carolyn W. Colvin, Acting Commissioner, Social Security Administration<br><br>*Defendant*. | Case No.  3:12-CV-6012-RBL-JRC<br><br>ORDER FOR EAJA FEES |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the total amount of $3,520.51 and expenses in the amount of $66.20 (for postage and service of process fees) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) shall be awarded to Plaintiff.  *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Sara M. Herr-Waldroup based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
Case No. 3:12-CV-6012-RBL-JRC – Page 1

Russell & Hill, PLLC
3811-A Broadway
Everett, WA 98102
(425) 212-9165

Whether the check is made payable to Plaintiff, or to Sara M. Herr-Waldroup, the check shall be mailed to Ms. Herr-Waldroup at the following address: 3811-A Broadway, Everett, WA 98102.

Dated this 10th day of July, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ SARA M. HERR-WALDROUP
SARA M. HERR-WALDORUP
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
Case No. 3:12-CV-6012-RBL-JRC – Page 2

Russell & Hill, PLLC
3811-A Broadway
Everett, WA 98102
(425) 212-9165